IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN CERVENKA, a/k/a HONZA,<br><br>Defendant. | Case No. 3:17-CR-161<br><br>**CONCURRENCE OF IMMIGRATION AND CUSTOMS ENFORCEMENT IN STIPULATED REQUEST FOR JUDICIAL ORDER OF REMOVAL** |

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the request of the defendant and the United States Attorney that a judicial order of removal be granted against the defendant.

Dated: JUL 2 4 2017

_____
JAE A. KHU
Special Agent in Charge, Minneapolis/St. Paul
Homeland Security Investigations
Immigration and Customs Enforcement
Department of Homeland Security